# **Exhibit "B"**

Statement Date:11/30/14 through 12/31/14
Primary Account:              XXXX6606

**Check Images**



| 58200 | 12/05/2014 | $21,812.39 |

Redacted

Statement Date:  09/30/15 through 10/31/15

Primary Account:          XXXX6606

**Check Images**



58519              10/30/2015              $42,485.20

Redacted

**Check Images**

Redacted



| | | | |
|---|---|---|---|
| 58835 | | 11/30/2016 | $44,485.00 |

Redacted

Member FDIC.  Member of the Fulton Financial Family.

**Check Images**

Redacted



| 59163 | 01/22/2018 | $50,116.80 |