# **Exhibit "C"**

Statement Date:11/30/14 through 12/31/14
Primary Account: XXXX6606

**Check Images**



| | | |
|---|---|---|
| 58201 | 12/02/2014 | $21,812.39 |

Redacted

**Check Images**



| 58520 | 10/30/2015 | $42,485.20 |

Redacted

Statement Date: 11/01/16 through 11/30/16

Primary Account: XXXX6606

**Check Images**

Redacted



| 58834 | 11/30/2016 | $44,485.00 |

Redacted

**Check Images**

Redacted



| | | | |
|---|---|---|---|
| 59162 | | 01/19/2018 | $50,116.80 |