# **Exhibit "F"**







