# **Exhibit "G"**

Worley and Obetz

General Ledger

| Ranges: | From: | | To: | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 9/1/2016 | | 8/31/2017 | | Subtotal By: | No Subtotals | Include: Posting, Inactive |
| Account: | 20110-000-000-00-00 | | 20110-000-000-00-00 | | Sorted By: | Account | |

**Account:** 20110-000-000-00-00　　**Description:** ACCRUED PURCHASES--WORLEY & OBETZ--　　**Beginning Balance:** ($85,000.00)

| Trx Date | Jrnl No. | Orig. Audit Trail | Distribution Reference | Orig. Master Number | Orig. Master Name | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 10/31/2016 | 362,904 | GLTRX00033127 | | | | | $3,970.00 |
| 11/21/2016 | 362,630 | PMTRX00018815 | Purchases | 11212016 | JOSEPH HAGGERTY | $44,485.00 | |
| 11/21/2016 | 362,631 | PMTRX00018815 | Purchases | 20161121 | JAMES M HAGGERTY | $44,485.00 | |
| 6/13/2017 | 382,905 | PMTRX00020255 | Purchases | 06012017 | JOSEPH HAGGERTY | $50,000.00 | |
| 6/13/2017 | 382,906 | PMTRX00020255 | Purchases | 06012017 | JAMES M HAGGERTY | $50,000.00 | |
| 7/31/2017 | 386,938 | PMTRX00020423 | Purchases | 07012017 | JAMES M HAGGERTY | $50,000.00 | |
| 7/31/2017 | 386,939 | PMTRX00020423 | Purchases | 07012017 | JOSEPH HAGGERTY | $50,000.00 | |
| 8/31/2017 | 399,079 | GLTRX00036998 | | | | | $200,000.00 |

| | | | | Net Change | Ending Balance | | |
|---|---|---|---|---|---|---|---|
| **Account:** 20110-000-000-00-00 | | | **Totals:** | $85,000.00 | $0.00 | $288,970.00 | $203,970.00 |

| | | Accounts | Beginning Balance | Net Change | Ending Balance | Debit | Credit |
|---|---|---|---|---|---|---|---|
| | **Grand Totals:** | 1 | ($85,000.00) | $85,000.00 | $0.00 | $288,970.00 | $203,970.00 |

## ADVANCES TO JOE & JIM HAGGERTY

Compound Period ......... :  Continuous

Nominal Annual Rate .... :  4.500 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 06/13/2017 | 50,000.00 | 1 | | |
| 2 | Loan | 07/31/2017 | 50,000.00 | 1 | | |
| 3 | Payment | 06/25/2019 | 100,296.77 | 1 | | |
| | Fixed Principal (+Int.) | | | | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 06/13/2017 | 50,000.00 | | | | 50,000.00 |
| Loan | 07/31/2017 | 50,000.00 | | 296.77 | 296.77- | 100,296.77 |
| 2017 Totals | | 100,000.00 | 0.00 | 296.77 | 296.77- | |
| 1 | 06/25/2019 | | 109,256.15 | 8,959.38 | 100,296.77 | 0.00 |
| 2019 Totals | | 0.00 | 109,256.15 | 8,959.38 | 100,296.77 | |
| Grand Totals | | 100,000.00 | 109,256.15 | 9,256.15 | 100,000.00 | |