# Exhibit "H"



WORLEY AND OBETZ

PO Box 429, Manheim  PA  17545

Fulton Bank.
LISTENING IS JUST THE BEGINNING ®
ADMINISTRATIVE OFFICES
LANCASTER, PA  17604

60-142/313

58986

NUMBER

Fifty Thousand Dollars and 00 Cents

DATE                    AMOUNT

6/13/2017              $50,000.00

WORLEY & OBETZ, INC.

PAY
TO THE
ORDER
OF

JOSEPH HAGGERTY
362 PENNSYLVANIA AVE
TOWANDA PA    18848

Judith C Ailey

⑆0058986⑆ ⑈031301422⑈  0600 46606⑈



>021308642< 297860004200      06-16-2017

00297860004200



WORLEY AND OBETZ

PO Box 429, Manheim PA 17545

Fulton Bank
LISTENING IS JUST THE BEGINNING®
ADMINISTRATIVE OFFICES
LANCASTER, PA 17604

60-142/313

59019

NUMBER

Fifty Thousand Dollars and 00 Cents

DATE                    AMOUNT

7/31/2017              $50,000.00

PAY
TO THE
ORDER
OF

JOSEPH HAGGERTY
362 PENNSYLVANIA AVE
TOWANDA PA   18848

WORLEY & OBETZ, INC.

Judith C. Aviles

⑈00590119⑈ ⑇031301422⑇ 0600 46606⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE.

0600031728600310308302<