**Exhibit "I"**



2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
T: 215.299.2000  F: 215.299.2150
www.foxrothschild.com

**Michael G. Menkowitz**
Direct Dial: (215) 299-2756
Email Address: mmenkowitz@foxrothschild.com

August 31, 2018

**VIA FEDEX AND
CERTIFIED RETURN RECEIPT**

Mr. James Haggerty
Mr. Joseph Haggerty
377 Pennsylvania Avenue
Towanda, PA 18848

**VIA FEDEX AND
CERTIFIED RETURN RECEIPT**

Mr. James Haggerty
Mr. Joseph Haggerty
362 Pennsylvania Avenue
Towanda, PA 18848

Re:  Worley & Obetz, Inc., *et al.*,[1] - Case No. 18-13774-REF (Jointly Administered)

Gentlemen:

Please be advised that this Firm is counsel to Christine C. Shubert, Esq., the chapter 7 Trustee for the above-referenced matter. I am advised that pursuant to the attached Addendum to Agreement that you owe one or more of the Debtors: $200,000.00. The Trustee is responsible for collecting all assets of the bankruptcy estate. Please contact me, immediately, at (215) 299-2756 to arrange for payment of this amount. This letter is written with a full reservation of all rights of the Trustee.

Sincerely yours,

MICHAEL G. MENKOWITZ

MGM:ml
Enc.
cc:  Christine C. Shubert, Esq.

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC [2358] (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

A Pennsylvania Limited Liability Partnership

ACTIVE\77351364.v1

California  Colorado  Connecticut  Delaware  District of Columbia  Florida  Illinois
Minnesota  Nevada  New Jersey  New York  Pennsylvania  Texas  Washington

# ADDENDUM to AGREEMENT

This Addendum, dated June 14, 2017 modifies the Agreement dated March 4, 2013 between **James HAGGERTY** ("Haggerty") and **WORLEY & OBETZ, INC.** (the "Company").

Amendments:

At the effective date of June 1, 2017, the Company hereby agrees to the following:

1. Under the Agreement noted above, the Company will pay the Residual Payments due to Haggerty in advance in the amount of $150,000.00 total, 3 equal installments June, July, August 2017 of $50,000.00 each (the "**Advance Residual Payment**").
2. Interest on the Advance Residual Payment will be charged at an annual rate of 4.50%, compounded on a continuous basis.
3. In return for the Advance Residual Payment, Haggerty has agreed to modify Section 1(a) of the Agreement by reducing the percentage of the Residual Payments from 10% to 5% (the "**Reduced Calculation Percentage**"). All other terms and conditions of Section 1(a) of the Agreement remain unchanged.
4. As repayment for the Advance Residual Payment, the Company will withhold the Residual Payments due to Haggerty in full. Once the Advance Residual Payment (plus any accrued interest) has been fully repaid under this Addendum, any Residual Payments due to Haggerty will again be paid to Haggerty.
5. Haggerty may repay the Advance Residual Payment at any time without penalty.
6. The Reduced Calculation Percentage in Amendment Section 3 will be maintained until the end of the term of the Agreement (February 27, 2023) regardless of the status of the payment of the Advance Residual Payment. If the Advance Residual Payment has been fully repaid, the Reduced Calculation Percentage will be maintained.

This Addendum to the Agreement dated March 4, 2013 noted above has been executed effective June 1, 2017 by:

_____
Jeffrey B. Lyons
President and CEO
Worley & Obetz, Inc.

_____
James Haggerty

## ADDENDUM to AGREEMENT

This Addendum, dated June 14, 2017 modifies the Agreement dated March 4, 2013 between **JOSEPH HAGGERTY** ("Haggerty") and **WORLEY & OBETZ, INC.** (the "Company").

Amendments:

At the effective date of June 1, 2017, the Company hereby agrees to the following:

1. Under the Agreement noted above, the Company will pay the Residual Payments due to Haggerty in advance in the amount of $150,000.00 total, 3 equal installments June, July, August 2017 of $50,000.00 each (the "Advance Residual Payment").
2. Interest on the Advance Residual Payment will be charged at an annual rate of 4.50%, compounded on a continuous basis.
3. In return for the Advance Residual Payment, Haggerty has agreed to modify Section 1(a) of the Agreement by reducing the percentage of the Residual Payments from 10% to 5% (the "**Reduced Calculation Percentage**"). All other terms and conditions of Section 1(a) of the Agreement remain unchanged.
4. As repayment for the Advance Residual Payment, the Company will withhold the Residual Payments due to Haggerty in full. Once the Advance Residual Payment (plus any accrued interest) has been fully repaid under this Addendum, any Residual Payments due to Haggerty will again be paid to Haggerty.
5. Haggerty may repay the Advance Residual Payment at any time without penalty.
6. The Reduced Calculation Percentage in Amendment Section 3 will be maintained until the end of the term of the Agreement (February 27, 2023) regardless of the status of the payment of the Advance Residual Payment. If the Advance Residual Payment has been fully repaid, the Reduced Calculation Percentage will be maintained.

This Addendum to the Agreement dated March 4, 2013 noted above has been executed effective June 1, 2017 by:

_____
Jeffrey B. Lyons
President and CEO
Worley & Obetz, Inc.

_____
Joseph Haggerty

James Haggerty
377 Pennsylvania Avenue
Towanda, PA 18848
US



Joseph Haggerty
377 Pennsylvania Avenue
Towanda, PA 18848
US



James Haggerty
362 Pennsylvania Avenue
Towanda, PA 18848
US



9414 7266 9904 2126 5218 46
SENDER'S RECORD

9590 9266 9904 2126 5218 49

Joseph Haggerty
362 Pennsylvania Avenue
Towanda, PA 18848
US



9414 7266 9904 2126 5218 60
SENDER'S RECORD

9590 9266 9904 2126 5218 63