# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,[1]<br><br>　　　　　Debtors. | CHAPTER 7<br><br>Case No. 18-13774 (MDC)<br>(Jointly Administered) |
| CHRISTINE C. SHUBERT, Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES HAGGERTY, an individual; and JOSEPH HAGGERTY, an individual,<br>　　　　　Defendants. | Adv. No. 19-00135 (MDC) |

## CERTIFICATION OF SERVICE

JOSEPH G. DISTANISLAO, of full age, hereby certifies as follows:

1.　　I am a paralegal with the law firm of Fox Rothschild LLP, attorneys for Christine C. Shubert, the Chapter 7 Trustee in the above captioned proceedings, and at all times during the service of process was, not less that 18 years of age and not party to the matter concerning which service of process was made.

2.　　I further certify that on June 28, 2019, I caused true and correct copies of the: (A) *Complaint of Christine C. Shubert, Chapter 7 Trustee (I) for Turnover of Property of the Debtors' Estates Pursuant to 11 U.S.C. § 542; and (II) to Avoid and Recover Transfers Pursuant to 11 U.S.C.*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

*§§ 544, 548 and 550 and Sections 5104 and 5105 of Pennsylvania's Uniform Voidable Transactions Act*; and (II) *Summons in an Adversary Proceeding* to be served *via*: U.S.P.S. First Class Mail, postage pre-paid; U.S.P.S. Certified Mail/Return Receipt Requested; and Federal Express, Priority Overnight Service, on the parties listed on the attached **Service List.**

    3.    I further certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  */s/ Joseph G. DiStanislao*
                                                  Joseph G. DiStanislao
                                                  Fox Rothschild LLP
                                                  2000 Market Street – 20th Floor
                                                  Philadelphia, PA  19103-3222
                                                  (215) 299-2000/Fax: (215) 299-2150
Dated:  July 2, 2019                         jdistanislao@foxrothschild.com

## Service List

James Haggerty
377 Pennsylvania Avenue
Towanda, PA  18848

Joseph Haggerty
362 Pennsylvania Avenue
Towanda, PA  18848

Active\98045892.v1-7/2/19